# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VARGAS,<br><br>   Plaintiff,<br><br>  v.<br><br>D. WABAKKEN,<br>Correctional Lieutenant,<br><br>   Defendant. | NO. EDCV 08-00822 VBF (SS)<br><br>**JUDGMENT** |

  Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 3-10-09

                 /s/ Valerie Baker Fairbank
                 VALERIE BAKER FAIRBANK
                 UNITED STATES DISTRICT JUDGE